# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Dave Chronister<br>1825 Sapling Dr.<br>O'Fallon, MO 63366<br><br>And<br><br>Renee Chronister<br>1825 Sapling Dr.<br>O'Fallon, MO 63366<br><br>    Plaintiffs,<br><br>v.<br><br>I.C. System, Inc.<br>c/o CT Corporation System<br>120 S. Central Ave.<br>Clayton, MO 63105<br><br>    Defendant. | Case No.:<br><br>Judge:<br><br><br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff Dave Chronister ("Dave") incurred a "debt" as defined by 15 U.S.C. §1692a(5)

3. Dave is a "consumer" as defined by 15 U.S.C. §1692a(3).

4. Plaintiff Renee Chronister ("Renee") is Dave's lawful spouse.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

6. At the time of the communications referenced herein, Defendant either owned Dave's debt or was retained by the owner to collect the debt.

1

7. Plaintiffs filed this claim within the timeframe permitted under the FDCPA.

8. On or around August 3, 2009, Defendant telephoned Renee's father ("Richard") and left a voice message requesting that Dave return Defendant's call.

9. On or around August 5, 2009, Renee telephoned Defendant after learning of the communication referenced above.

10. During this communication, Renee requested that Defendant never again call Richard about the debt as she felt that such calls were an invasion of her and Dave's privacy.

11. During this communication, Defendant became belligerent in response to Renee's request and implied that Defendant could call whomever Defendant wished about the debt.

12. Despite Renee's request, Defendant telephoned Richard on August 18, 2009 and left a message requesting that Dave return Defendant's call.

13. Defendant damaged Plaintiffs emotionally and mentally and caused Plaintiffs substantial anxiety and stress.

14. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

15. Plaintiffs incorporate each of the preceding allegations as if specifically stated herein.

16. Defendant violated 15 U.S.C. §1692c in that it communicated with a third party and failed to comply with 15 U.S.C. §1692b.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

17. Plaintiffs incorporate each of the preceding allegations as if specifically stated herein.

18. Defendant violated 15 U.S.C. §1692d in that Defendant used harassing, oppressive, and abusive language during its communications with Renee in connection with the collection of the debt.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

19. Plaintiffs incorporate each of the preceding allegations as if specifically stated herein.

20. Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

## JURY DEMAND

21. Plaintiffs demand a trial by jury.

## PRAYER FOR RELIEF

22. Plaintiffs pray for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.


RESPECTFULLY SUBMITTED,

By: /s/ Timothy J. Sostrin
    Timothy J. Sostrin, Reg. # 1592956
    LEGAL HELPERS, P.C.
    233 S. Wacker
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Telephone:  312-753-7576
    Fax: 312-822-1064
    Email:  tjs@legalhelpers.com
    Attorneys for Plaintiffs